FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

14 MAR 20  PM 12: 44

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 8:14CR 83 |
| Plaintiff, | ) | |
| | ) | INDICTMENT |
| vs. | ) | (26 U.S.C. § 7206(2)) |
| | ) | |
| ADAM MWANZA, | ) | |
| | ) | |
| Defendant. | ) | |

The Grand Jury charges that:

1.      On or before the dates hereinafter set forth, in the District of Nebraska, the defendant, ADAM MWANZA, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of U.S. Individual Income Tax Returns, Forms 1040 and 1040A, for the 2007 and 2008 calendar years for the taxpayers hereinafter specified, which were false and fraudulent as to material matters, in that the returns represented that the taxpayers were entitled under the provisions of the Internal Revenue laws to claim various deductions, credits, and refunds, whereas, as the defendant then and there well knew and believed, the taxpayers were not entitled to claim the various deductions, credits, and refunds in the amounts claimed, but of lesser amounts and in many instances were not entitled to claim the deductions, credits, and refunds, appearing on said returns.

2.      The allegations of paragraph "1" are repeated and re-alleged in Counts I through XV, inclusive, of this Indictment, as though fully set forth therein:

| COUNT | DATE OF OFFENSE | TAXPAYER | FALSE CLAIMS ON THE RETURN | APPROX. TAX LOSS OR ATTEMPTED TAX LOSS |
|---|---|---|---|---|
| I | On or before April 15, 2008 | A.W. | False Rental and Education Credits | $ 2,708 |
| II | On or before April 15, 2008 | B.K. | False Rental Credit; False Adjustment to Gross Income | $ 1,050 |
| III | On or before April 15, 2008 | C.F. | False Rental Credit; False Adjustment to Gross Income | $ 1,809 |
| IV | On or before April 15, 2008 | L. A-D. | False Rental Credit; False Adjustment to Gross Income | $ 1,346 |
| V | On or before April 15, 2008 | M.M. | False Rental Credit; False Adjustment to Gross Income | $ 758 |
| VI | On or before April 15, 2008 | M.S. | False Rental Credit; False Adjustment to Gross Income | $2,875 |
| VII | On or before April 15, 2009 | A.W. | False Rental Credit; False Adjustment to Gross Income | $1,215 |
| VIII | On or before April 15, 2009 | B.K. | False Rental Credit | $1,080 |

| IX | On or before April 15, 2009 | L. A-D | False Rental Credit; False Adjustment to Gross Income | $1,279 |
|---|---|---|---|---|
| X | On or before April 15, 2009 | M.A. | False Rental Credit; False Adjustment to Gross Income | $2,332 |
| XI | On or before April 15, 2009 | N.S. | False Rental Credit; False Adjustment to Gross Income | $1,482 |
| XII | On or before April 15, 2009 | M.S. | False Rental Credit; False Adjustment to Gross Income; Unreimbursed Employee Business Expense | $4,912 |
| XIII | On or before April 15, 2009 | H.S. | False Rental Credit; Tuition and Fees Deduction | $1,350 |
| XIV | On or before April 15, 2009 | R.T. | False Rental Credit; False Adjustment to Gross Income | $2,715 |
| XV | On or before April 15, 2009 | I.S. | False Rental Credit; False Adjustment to Gross Income; False Education Credit | $3,310 |

In violation of Title 26, United States Code, Section 7206(2).

3

A TRUE BILL:

FOREPERSON

_____
DEBORAH R. GILG
United States Attorney

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

_____
SUSAN T. LEHR
Assistant U.S. Attorney

4